UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
June 12, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
                                            )
               Plaintiff, )
v. )
                                            )
ALIZA BARYALAI, )
                                            )
               Defendant. )

Case No. 2:17-mj-00102-EFB

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release, ALIZA BARYALAI, Case No. 2:17-mj-00102-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___     Release on Personal Recognizance

    _X_    Bail Posted in the Sum of: $10,000.00.

                _X_    Co-signed Unsecured Appearance Bond

                ___     Secured Appearance Bond

                _X_    (Other) Conditions as stated on the record.

                _X_    (Other) The Defendant was ordered to appear in the Middle District of Pennsylvania on 6/26/2017 at 1:30 p.m. before District Judge Malachy E. Mannion.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 6/12/2017 at 2:33 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge