HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRK, JR., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
ALIZA BARYALAI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-mj-102 EFB |
| Plaintiff, | APPLICATION AND ORDER FOR TRANSPORTATION AND SUBSISTENCE PURSUANT TO 18 U.S.C. § 4285 |
| vs. | |
| ALIZA BARYALAI, | |
| Defendant. | |

Defendant, ALIZA BARYALAI, through undersigned counsel, hereby requests an order for transportation and subsistence costs pursuant to 18 U.S.C. § 4285.

Ms. Baryalai is financially unable to provide the necessary transportation from her place of residence in West Sacramento, California, to Scranton, Pennsylvania for initial appearance in Case Number 3:17-cr-131 MEM on Monday, June 26, 2017 at 1:30 p.m., before the Honorable Malachy E. Mannion in the United States District Court, Middle District of Pennsylvania.

Accordingly, Ms. Baryalai, requests the Court to direct the United States Marshal to furnish Ms. Baryalai, with transportation between Sacramento, California and Scranton, Pennsylvania.

///

///

///

APPLICATION AND [PROPOSED] ORDER FOR TRANSPORTATION

Ms. Baryalai requests that the Court order a means of non-custodial transportation or furnish the fare for such transportation to the place where her appearance is required. In addition, Ms Baryalai requests the Court to direct the United States Marshal to furnish Ms. Baryalai with an amount of money for subsistence expenses, not to exceed the amount authorized as a per diem allowance for travel under 5 U.S.C. § 5702(a).

Dated: June 16, 2017

                Respectfully submitted,

                HEATHER E. WILLIAMS
                Federal Defender


                */s/ M. Petrik Jr.*
                M. PETRIK, JR.
                Assistant Federal Defender

                Attorneys for Defendant
                ALIZA BARYALAI

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:17-mj-102 EFB |
| Plaintiff, | ) APPLICATION AND ORDER FOR |
| vs. | ) TRANSPORTATION AND SUBSISTENCE |
| | ) PURSUANT TO 18 U.S.C. § 4285 |
| ALIZA BARYALAI, | ) |
| Defendant. | ) |

TO: UNITED STATES MARSHAL, EASTERN DISTRICT OF CALIFORNIA

GOOD CAUSE APPEARING, it has been determined that defendant, ALIZA BARYALAI, is financially unable to provide the necessary transportation from her place of residence in West Sacramento, California to Scranton, Pennsylvania, for initial appearance in Case Number 3:17-cr-131 MEM on Monday, June 26, 2017 at 1:30 p.m., before the Honorable Malachy E. Mannion in the United States District Court, Middle District of Pennsylvania.

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 4285, the United States Marshals Service for the Eastern District of California shall make travel arrangements, or furnish transportation expenses, to the above-named defendant for an initial appearance on Monday, June 26, 2017. In addition, the United States Marshal shall furnish Ms. Baryalai, with money for subsistence expenses to her destination, the amount authorized as a per diem allowance for travel under 5 U.S.C. § 5702(a). Ms. Baryalai is financially unable to be in Scranton, Pennsylvania on this date without transportation and subsistence expenses.

Dated: June 16, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

APPLICATION AND [PROPOSED] ORDER FOR TRANSPORTATION